**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, individually and on
behalf of all others similarly situated,

    Plaintiff,

  v.

MA LABORATORIES INC., ABRAHAM
MA, CHRISTINE RAO, and CHRISTY YEE,

    Defendants.
                               /

No. C 12-05409 WHA

**ORDER DENYING
STIPULATION TO
CONTINUE CASE
MANAGEMENT
CONFERENCE**

The case management conference will remain on January 17 inasmuch as experience teaches that the trial counsel is set to conduct on January 7 is likely to settle and/or be reset. If this expectation proves inaccurate, then trial counsel will have the Court's permission to send another member of his office to conduct the case management conference. Therefore, the stipulation to continue the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 3, 2013.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE