IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU,

    Plaintiff,

  v.

MA LABORATORIES, INC., et al.,

    Defendants.

No. C 12-05409 WHA

**ORDER REGARDING PARTICIPATION IN DISCOVERY**

Plaintiff is entitled to reasonable discovery on the issues raised by defendants' motion to compel arbitration, including the enforceability of the arbitration provision. It appears that defendants are refusing to participate in such discovery. Such stonewalling, if it persists, will be a legitimate basis to deny the motion to compel arbitration in full. Defendants are **ORDERED** to file a statement with the Court by **FEBRUARY 8 AT NOON** confirming whether they intend to resist all efforts for discovery into this matter, including plaintiff's requests to produce deponents and documents relating to the arbitration provision. Depending on the answer, the Court will either deny the motion to compel arbitration or set a reasonable discovery and briefing schedule.

**IT IS SO ORDERED.**

Dated: February 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE