UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE LOU, and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MA LABORATORIES, INC., and others,<br><br>　　　　Defendants. | Case No. 12-cv-05409 WHA (NC)<br><br>**ORDER DENYING PLAINTIFF'S LETTER BRIEFS AND ORDERING PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. Nos. 42-46 |

　　Plaintiff Michelle Lou brings this putative class action against defendants for allegedly failing to pay overtime wages and provide meal and rest breaks, in violation of state and federal law. Lou seeks discovery from defendants in order to support her motions for arbitration and class certification, as well as her amended complaint. Dkt. No. 42 at 1. Judge Alsup referred all discovery matters to a magistrate judge. Dkt. No. 40.

　　The parties met to resolve their disagreements regarding the scope of Lou's discovery requests on February 27, 2013. Dkt. No. 42 at 1. Defendants assert that negotiations were ongoing when Lou unilaterally filed four letter briefs, each addressing a separate discovery issue. Dkt. No. 46; Dkt. Nos. 42-45. My standing order requires parties to "file a joint statement of five pages or less that: (1) explains the nature and status of the dispute; (2) describes each unresolved issue; (3) summarizes each party's position with respect to each unresolved issue; and (4) states each party's proposed compromise with respect to each unresolved issue." Mag. Judge N. Cousins, Civil Standing Order, Aug. 24, 2012.

Case No. 12-cv-05409 WHA (NC)
ORDER TO MEET AND CONFER

1  For failing to follow my standing order, and filing four separate letter briefs
2  prematurely and without the input of defendants, the Court DENIES WITHOUT
3  PREJUDICE Lou's briefs.  The Court ORDERS the parties to meet and confer further to
4  resolve their dispute.  If the parties cannot resolve their disagreement, they must file a joint
5  letter brief of no more than five pages, in accordance with my standing order, by Friday,
6  March 8, 2013 at 12:00 p.m.  The Court will hold a hearing on March 13, 2013 at 1:00 p.m.
7  to address the outstanding issues raised in the parties' letter brief.

IT IS SO ORDERED.

Date: March 5, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge