Janette Wipper (CA Bar # 275264)
jwipper@sanfordheisler.com
Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
Chaya Mandelbaum (CA Bar # 239084)
cmandelbaum@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jeremy Heisler (NY Bar # 1653484)
jheisler@sanfordheisler.com
Andrew Melzer (NY Bar # 4270682)
amelzer@sanfordheisler.com
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
(Admitted *pro hac vice*)

*Attorneys for Plaintiff Michelle Lou
and the Plaintiff Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., et al.,<br><br>Defendants. | No. 3:12-cv-05409-WHA<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES ON PENDING ARBITRATION MOTION AND FOR ORDER COMBINING BRIEFING ON ARBITRATION MOTIONS AND EXTENDING RELATED DEADLINES |

Pursuant to the stipulation between Plaintiff and Defendants regarding the extension of deadlines on pending arbitration motion and for order combining briefing on arbitration motions and extending related deadlines, and good cause appearing therefore, it is hereby ordered as follows:

Case No. 3:12-cv-05409 WHA (N.D. Cal.) – [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES ON PENDING ARBITRATION MOTION AND FOR ORDER COMBINING BRIEFING ON ARBITRATION MOTIONS AND EXTENDING RELATED DEADLINES

1

1. The current deadlines set forth in the Court's February 11, 2013 order concerning arbitration briefing are modified to account for Defendants' second arbitration motion, as follows:

   a. Defendants shall file their motion to compel individual arbitration against Xueou Feng by ~~April 1, 2013,~~ March 28;

   b. Plaintiffs shall file their opposition to the pending arbitration motion against Plaintiff Lou, and the upcoming motion against Xueou Feng, by April 11, ~~April 15~~, 2013, in a combined brief not to exceed ~~45~~ 30 pages; and

   c. Defendants shall file their combined reply brief in support of both arbitration motions by April 29, 2013, in a combined brief not to exceed ~~45 pages.~~ 15 pages.

2. A hearing on both arbitration motions shall be held on  May 9.  .

3. Plaintiff's deadline to seek leave to add any new parties or pleading amendments shall be  May 13.  .

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Case No. 3:12-cv-05409 WHA (N.D. Cal.) – [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES ON PENDING ARBITRATION MOTION AND FOR ORDER COMBINING BRIEFING ON ARBITRATION MOTIONS AND EXTENDING RELATED DEADLINES

2