AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Michelle Lou

                        Plaintiff (s),

V.

Ma Laboratories, Inc., Abraham Ma, Christine Rao, Christy Yee,

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-12-5409 WHA

Notice is hereby given that, subject to approval by the court, __Ma Laboratories, Inc.__ substitutes
                                                                                       (Party (s) Name)

__Craig Alan Hansen__, State Bar No. __209622__ as counsel of record in
(Name of New Attorney)

place of __Alison S. Hightower and Laura E. Hayward.__
                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Craig Hansen |
| Address: | 160 W. Santa Clara Street, Suite 400, San Jose, CA 95113 |
| Telephone: | 408.975.2460         Facsimile 408.293.1999 |
| E-Mail (Optional): | craig@craighansenlaw.com |

I consent to the above substitution.

Date: March 20, 2013

Abraham Ma, President, Ma Laboratories, Inc.

*/s/ Abraham C. Ma*
(Signature of Party (s))

I consent to being substituted.

Date: March 20, 2013

Alison S. Hightower, Esq./Laura E. Hayward, Esq.

*/s/ Alison S. Hightower / Hayward*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 20, 2013

*/s/ Craig Hansen*
(Signature of New Attorney)
Craig Alan Hansen

The substitution of attorney is hereby approved and so ORDERED.

Date: April 23, 2013.

*/s/ William Alsup*
Judge
Hon. William H. Alsup

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com