IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,

    Defendants.

No. C 12-05409 WHA

**ORDER RE: MOTION TO AMEND SCHEDULING ORDER**

    The motion to alter the scheduling order will be heard on **THURSDAY, MAY 9, AT 8:00 A.M.** In addition, the Court is concerned that defendants have been stonewalling discovery. Magistrate Judge Cousins so concluded (Dkt. No. 50 at 1 ("Defendants, however, continue to 'stonewall'"); *see also* Dkt. No. 67 at 2 ("[T]he Court . . . is not impressed by defendants' lack of discovery diligence since Judge Alsup's February 6 discovery order.")). At the hearing, counsel should be prepared to address whether the jury should be advised of and instructed regarding defendants' actions in discovery, including adverse inferences.

    **IT IS SO ORDERED.**

Dated: May 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE