IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,

    Defendants.

No. C 12-05409 WHA

**ORDER GRANTING MODIFICATION OF CASE MANAGEMENT ORDER**

    Plaintiffs' request to modify the scheduling order is **GRANTED IN PART**. The new deadlines are as set forth below:

    1.    Leave to add any new parties or pleading amendments must be sought by **JULY 11, 2013**.

    2.    The motion for class certification must be filed by **SEPTEMBER 5, 2013**, to be heard on a 35-day track.

    To the extent that plaintiffs request modification of any other dates, that request is **DENIED**. All other dates remain the same.

    **IT IS SO ORDERED.**

Dated: May 9, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE