IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU,

    Plaintiff,

  v.

MA LABORATORIES, INC., et al.,

    Defendants.

                                           /

No. C 12-05409 WHA

**ORDER DENYING MOTION TO SEAL**

      Plaintiff filed a motion to seal documents purportedly deemed confidential by defendant Ma Laboratories, Inc. (Dkt. No. 148). Defendant has failed to file a declaration establishing that the documents are sealable pursuant to Local Rule 79-5. The motion to seal is accordingly **DENIED**. The clerk shall file the documents on the public docket.

      **IT IS SO ORDERED.**

Dated: June 21, 2013.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE