1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7        **NORTHERN DISTRICT OF CALIFORNIA**
8        **SAN FRANCISCO DIVISION**
9

10   MICHELLE LOU, and others,            Case No. 12-cv-05409 WHA (NC)

11              Plaintiffs,               **ORDER RE: PLAINTIFFS' MOTION
                                          TO SHORTEN TIME**
12         v.
                                          Re: Dkt. No. 167
13   MA LABORATORIES, INC., and others,

14              Defendants.

15

16        Plaintiffs filed a motion to shorten the briefing schedule associated with their

17   simultaneously-filed motion for sanctions against defendants.  Plaintiffs state in their

18   motion and supporting declaration that defendants oppose a shorter briefing schedule.

19   Accordingly, defendants must file a brief outlining their position on the motion to shorten

20   time by June 27, 2013 at 5:00 p.m.

21        IT IS SO ORDERED.

22        Date: June 26, 2013                    _____

23                                               Nathanael M. Cousins
                                                 United States Magistrate Judge
24
25
26
27
28