IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,<br><br>Defendants. | No. C 12-05409 WHA<br><br>**ORDER SETTING SCHEDULE ON PENDING MOTIONS** |

Plaintiff Michelle Lou has filed a motion for leave to file a first amended complaint with a hearing noticed for August 15. In the interests of judicial efficiency, hearings on the motion to dismiss and to strike counterclaims, the motion for reconsideration, and the motion to strike affirmative defenses will also occur on **AUGUST 15**. Due to the large volume of motions and the burden this places on judicial resources, an expedited briefing schedule will apply to the motion for leave to file a first amended complaint. Defendants' opposition is due **JULY 23** at **NOON**. Plaintiff's reply is due **JULY 25** at **NOON**.

**IT IS SO ORDERED.**

Dated: July 12, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE