1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12   MICHELLE LOU, and others,                    Case No. 12-cv-05409 WHA (NC)

13                      Plaintiffs,               **ORDER GRANTING MOTION TO
                                                  SHORTEN TIME**
14          v.
                                                  Re: Dkt. No. 210
15   MA LABORATORIES, INC., and others,

16                      Defendants.

17

18          Plaintiffs filed a motion to shorten the briefing schedule associated with their

19   simultaneously-filed proposed second motion for sanctions against defendants.  The Court

20   GRANTS the motion to shorten time, however, the parties must meet and confer and

21   seriously attempt to resolve this issue out of court.  The Court is not convinced that the

22   parties have taken advantage of the meet and confer process prior to plaintiffs' filing this

23   motion.  Plaintiffs' declarations indicate that defendants were less than responsive to their

24   attempts to discuss the formatting issues with the Excel files, and that plaintiffs' outreach

25   was less than robust.  Monetary sanctions aside, the crux of this dispute is who will spend

26   the time to reproduce the data in a useable format.  The parties have the ability to resolve

27   this dispute themselves and are in the best position to reach an effective and efficient

28   solution.

1  Defendants must oppose plaintiffs' motion for sanctions by August 19, 2013.  In their

2  opposition, defendants must include an update of the meet and confer process and results.

3  No reply brief is necessary.  The Court will hear the motion for sanctions on August 21,

4  2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate

5  Avenue, San Francisco, California.

6  IT IS SO ORDERED.

7  Date: August 12, 2013

8  Nathanael M. Cousins
   United States Magistrate Judge