UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE LOU, and others,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., and others,<br><br>Defendants. | Case No. 12-cv-05409 WHA (NC)<br><br>**ORDER RE: AUGUST 21, 2013 DISCOVERY HEARING** |

The Court received defendants' opposition to plaintiffs' motion for sanctions. It appears that the parties have conferred with each other and have made progress towards resolving this dispute, which is appreciated. It also appears, however, that at least one issue remains to be resolved, specifically, who will bear the cost of reformatting the phone log data. Accordingly, the Court will hold the August 21, 2013 discovery hearing as planned. The parties should be prepared to address this outstanding issue.

IT IS SO ORDERED.

Date: August 20, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05409 WHA (NC)
ORDER RE: DISCOVERY HEARING