IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, et al., | Case No. 3:12-cv-05409 WHA (NC) |
| Plaintiffs, | **ORDER SETTING DISCOVERY MEET AND CONFER** |
| v. | Dkt. Nos. 233, 235 |
| MA LABORATORIES, et al., | |
| Defendants. | |

The Court ordered the parties to submit a joint discovery status report by September 11. The parties responded with competing reports merged into a single document. Defendants then filed a supplement two days after the deadline without requesting leave to do so. These discovery reports reveal that the parties have been unsuccessful at self-regulating the discovery process. As a consequence, the parties are ordered to appear before Magistrate Judge Cousins on Friday, September 20, 2013, at 10:30 a.m., in Courtroom A, for further discovery meet and confer under Court supervision. Any remaining disputed discovery issues, including plaintiffs' motion for sanctions, will be resolved upon the completion of this conference.

Any further discovery submissions must be made jointly after counsel meet and confer.

**IT IS SO ORDERED.**

Dated: September 16, 2013

NATHANAEL COUSINS
United States Magistrate Judge