
# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES INC., ABRAHAM MA, CHRISTINE RAO, CHRISTY YEE,<br><br>Defendant. | Case No. 12-cv-05409 WHA (NC)<br><br>**ORDER RESOLVING VARIOUS DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 237, 241 |

    This order summarizes the Court's rulings on various discovery disputes presented on the eve of class certification briefing in this employment case. On August 28, 2013, the Court ordered the parties to submit a joint discovery status report by September 11, 2013. Dkt. No. 227. The parties responded with competing reports merged into a single document. Dkt. No. 233. Defendants then filed a supplement two days after the deadline without requesting leave to do so. Dkt. No. 235. On September 16, 2013, the parties filed a joint letter brief outlining their respective positions on a dispute over whether Defendants properly issued subpoenas to certain third parties. Dkt. No. 237. Two days later, the parties filed an additional letter brief discussing their dispute over the future use of subpoenas on

1    third parties and whether the Court should issue a protective order.  Then on September 20,
2    2013, the Court supervised a meet and confer and heard argument regarding the parties'
3    letter briefs, as well as several other outstanding discovery disputes.  As the Court explained
4    at the hearing, the Court rules as follows:

- Plaintiffs' request to compel Defendants to produce Exhibits B and C submitted with the September 11 status report is GRANTED.
- Defendants' request to seal Exhibits B and C submitted with the joint status report is DENIED.
- Defendants are ORDERED to either produce missing "last act fields" or "last entry of the day fields" or alternatively to file and serve a declaration within fourteen days demonstrating that this information has already been produced in its entirety.
- Plaintiffs' request to compel Defendants to produce SPIFs input and calculation data is DENIED.  However, Defendants are ORDERED to file and serve a declaration within fourteen days demonstrating that the requested data does not exist.
- The parties are ORDERED to each select five employees from the San Jose Ma Labs location, and five employees from the Los Angeles Ma Labs location.  The parties must exchange lists by September 24, 2013.  Defendants must produce the headers only from e-pops and emails of the selected employees by September 30, 2013.  The Defendants' request to impose costs on Plaintiffs for this production is DENIED.
- Plaintiffs' request to compel Defendants to produce additional phone records is DENIED.
- Plaintiffs' request to quash the three subpoenas that Defendants served on third parties is DENIED, but these and future third party subpoenas will be limited by a protective order to be entered by the Court.  The Court will issue the protective

order separately.

Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date:  September 24, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05409 WHA (NC)
ORDER RESOLVING VARIOUS
DISCOVERY DISPUTES                     3