IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MA LABORATORIES, INC., et al.,<br><br>  Defendants. | No. C 12-05409 WHA<br><br>**ORDER RE ADMINISTRATIVE MOTIONS** |

Plaintiffs request a two-week extension of the October 3 deadline to file their motion for class certification. Defendants shall file a response not to exceed three pages by **OCTOBER 1 AT 5:00 P.M.** To this extent, the administrative motion to shorten time is **GRANTED**. No replies, please.

Plaintiffs also move to consolidate and increase page limits on their expected Rule 23 and FLSA certification motions. Plaintiffs incorrectly assert that they are "entitled" to bring separate motions on each issue. Moreover, the motion fails to explain with specificity why additional pages of briefing are necessary. The motion is accordingly **DENIED**. Plaintiffs may bring one certification motion only. Normal page limits will apply.

**IT IS SO ORDERED.**

Dated: September 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE