IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, et al.,

    Plaintiffs,

v.

MA LABORATORIES, INC., et al.,

    Defendants.

No. C 12-05409 WHA

**ORDER RE SCHEDULING**

Plaintiffs move for an extension of the October 3 deadline to file their motion for class certification due to recent and voluminous discovery productions by defendant. Although the deadline has previously been extended, this order notes that defendants' recent production is the result of successful efforts by plaintiffs to compel. The deadline will be extended until **OCTOBER 11 AT 5:00 P.M.** No further extensions will be granted.

Additionally, in the interest of judicial efficiency, the pending motion to strike (Dkt. No. 228) and the pending motion for leave to file a second amended complaint (Dkt. No. 230) shall both be heard on the same day: **OCTOBER 17 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE