IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MA LABORATORIES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-05409 WHA<br><br>**ORDER DENYING<br>ADMINISTRATIVE MOTIONS** |

Defendants move to extend their time to file their opposition to plaintiffs' motion for class certification, as well as to shorten time on the motion to extend. The motion to extend is foreclosed by the Court's October 2 order, which ruled that no further extensions would be granted on plaintiffs' motion for class certification (Dkt. No. 264). Defendants have benefitted from the substantial prior extensions to the same extent as plaintiffs. Defendants' desire to depose other named and opt-in plaintiffs comes too late. The motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE