Janette Wipper (CA Bar # 275264)
jwipper@sanfordheisler.com
Chaya Mandelbaum (CA Bar # 239084)
cmandelbaum@sanfordheisler.com
Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jeremy Heisler (NY Bar # 1653484)
jheisler@sanfordheisler.com
Andrew Melzer (NY Bar # 4270682)
amelzer@sanfordheisler.com
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
(Admitted *Pro Hac Vice*)

Thomas Marc Litton (CA Bar # 119985)
marc@littonlaw.com
**LAW OFFICES OF THOMAS MARC LITTON**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

*Attorneys for Plaintiffs Michelle Lou, et al.
and the Plaintiff Classes*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br><br>Defendants. | No. 3:12-cv-05409-WHA (NC)<br><br>[~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUITABLE TOLLING AND CORRECTIVE NOTICE |

Case No. 3:12-cv-05409-WHA (NC) (N.D. Cal.) – [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUITABLE TOLLING AND CORRECTIVE NOTICE

1

As required by Civil Local Rule 79-5(d), Plaintiffs submit this proposed order for the sealing of Exhibits designated as confidential by Ma Labs. The Exhibits are identified in the concurrently filed Declaration of Xinying Valerian in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of their Motion for Equitable Tolling and Corrective Notice. All of the Exhibits cited below have been designated confidential in their entirety.

**RULINGS**

| Document and Description | Ruling on Sealing |
|---|---|
| **Exhibit 10** to the Valerian Decl. is a true and correct copy of e/pop messages sent from Sales Manager Yuko Arai to members of her sales team dated August 5, 2010 at 2:30 pm and 3:53 pm. This document was produced on a hard drive Bates-Stamped Ma Labs 018862. | Grant ☐<br>Deny ☒ |
| **Exhibit 13** to the Valerian Decl. is a true and correct copy of a sample of class members' Earnings Statements, Bates-stamped Ma Labs 018208, 018234, 058673, 056111, 056845, 056312, 063632, 054926. | **Granted in Part**: home addresses and salaries shall be redacted. |
| **Exhibit 24** to the Valerian Decl. is a true and correct copy of e-mail correspondence between Georgia sales employee Jeremy Ramsell's then-counsel Amanda Farahany and Mark Musto from May 20 and June 1, 2010. This document is Bates-Stamped Ma Labs 065628-065630. | Grant ☒<br>Deny ☐ |
| **Exhibit 25** to the Valerian Decl. is a true and correct copy of e-mail correspondence between Paul Sharman and Mark Musto, dated December 30, 2010, Bates-Stamped Ma Labs 082219-82220. | Grant ☒<br>Deny ☐ |
| **Exhibit 26** to the Valerian Decl.is a true and correct copy of an e-mail from Amanda Farahany to Mark Musto, dated June 17, 2010, Bates-Stamped Ma Labs 065599-065599. | Grant ☒<br>Deny ☐ |

IT IS SO ORDERED.

DATE: October 24, 2013.

                                              William Alsup
                                              United States District Judge

Case No. 3:12-cv-05409-WHA (NC) (N.D. Cal.) – [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUITABLE TOLLING AND CORRECTIVE NOTICE

2