1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, et al.,

      Plaintiffs,

  v.

MA LABORATORIES, INC., et al.,

      Defendants.

                      /

No. C 12-05409 WHA

**ORDER DENYING MOTION
TO SEAL (DKT. NO. 294)**

     Defendants' motion to seal information in connection with their motion to disqualify
class representatives lacks particularized support for the information proposed to be sealed.  It is
accordingly **DENIED**.  Defendants shall file the subject documents on the public docket by
**NOVEMBER 8 AT NOON**.

     **IT IS SO ORDERED.**

Dated:   November 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE