IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MA LABORATORIES, INC., et al.,<br><br>　　　　Defendants.<br>―――――――――――――――――――――/ | No. C 12-05409 WHA<br><br>**ORDER DENYING MOTION TO SEAL (DKT. NO. 294)** |

　　　Defendants' motion to seal information in connection with their motion to disqualify class representatives lacks particularized support for the information proposed to be sealed. It is accordingly **DENIED**. Defendants shall file the subject documents on the public docket by **NOVEMBER 8 AT NOON**.

　　　**IT IS SO ORDERED.**

Dated:   November 7, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE