Janette Wipper (CA Bar # 275264)
jwipper@sanfordheisler.com
Chaya Mandelbaum (CA Bar # 239084)
cmandelbaum@sanfordheisler.com
Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jeremy Heisler (NY Bar # 1653484)
jheisler@sanfordheisler.com
Andrew Melzer (NY Bar # 4270682)
amelzer@sanfordheisler.com
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
(Admitted *Pro Hac Vice*)

Thomas Marc Litton (CA Bar # 119985)
marc@littonlaw.com
**LAW OFFICES OF THOMAS MARC LITTON**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

*Attorneys for Plaintiffs Michelle Lou, et al.
and the Plaintiff Classes*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br><br>Defendants. | No. 3:12-cv-05409-WHA (NC)<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY SANFORD HEISLER AND THOMAS MARC LITTON AS CLASS COUNSEL |

Case No. 3:12-cv-05409-WHA (NC) (N.D. Cal.) – [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY

1

As required by the recently-revised Civil Local Rule 79-5(d), Plaintiffs submit this proposed order for the sealing of Exhibits designated as confidential by Ma Labs. The Exhibits are identified in the concurrently filed Declaration of Xinying Valerian in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Their Opposition to Defendants' Motion to Disqualify Sanford Heisler and Thomas Marc Litton as Class Counsel. All of the Exhibits cited below have been designated confidential in their entirety.

**RULINGS**

| Document and Description | Ruling on Sealing |
|---|---|
| **Exhibit 14** to the Litton Decl. is a true and correct copy of a blast email from the VP of Sales to the Ma Labs salesforce, attaching a revised 2011 Sales Quarterly Bonus Program description. This document is Bates-Stamped Ma Labs 016264 – 016265. | Grant ☐ Deny ☒ |
| **Exhibit 15** to the Litton Decl. is a true and correct copy of a blast email from Eve Wang to all Sales employees and many executives. This email was produced on a USB drive Bates-Stamped Ma Labs 084164. | Grant ☐ Deny ☒ |
| **Exhibit 16** to the Litton Decl. is a true and correct copy of e/pop messages dated from the pre-September 2010 "exempt" period (pre-conversion) between Account Managers and HR or Payroll staff, concerning timekeeping, work schedules, and timecard adjustments. These e/pops were produced on a hard drive Bates-Stamped Ma Labs 018861, a CD Bates-Stamped Ma Labs 084166, and a hard drive Bates-Stamped Ma Labs 018862. | Grant ☐ Deny ☒ |

IT IS SO ORDERED.

DATED: December 2, 2013.  _____
                                                                    Judge William Alsup
                                                                    UNITED STATES DISTRICT JUDGE