**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, et al.,

    Plaintiffs,

  v.

MA LABORATORIES, INC., et al.,

    Defendants.

No. C 12-05409 WHA

**NOTICE CONTINUING HEARING**

Hearing on the pending motions in this action are continued to **DECEMBER 6 AT 9:45 A.M.**

**IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE