IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,<br><br>Defendants. / | No. C 12-05409 WHA<br><br>**ORDER RE *TIAN* ACTION** |

Plaintiffs' counsel represents overlapping putative class claims in *Tian, et al. v. Ma Laboratories, Inc.*, No. 1-11-cv-195373 (Superior Court of California, County of Santa Clara). The Supreme Court has recognized potential conflict of interests when an attorney represents the same claim against the same defendant in different actions. *Ortiz v. Fibreboard Corp.*, 527 U.S. 815, 856 (1999). Plaintiffs' counsel should please submit a brief (not to exceed **FIVE PAGES**) by **DECEMBER 30 AT NOON** addressing this issue. Plaintiffs' brief should also include a procedural history on the *Tian* action. Defendants' may file a response (not to exceed **FIVE PAGES**) by **DECEMBER 31 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE