United States District Court

For the Northern District of California

1

2

3

4                     IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MICHELLE LOU, MARSHA BEER,                    No. C 12-05409 WHA
     SIMON NIM,  and JESUAN RUIZ
9    RODRIGUEZ, individually and on behalf
     of all others similarly situated,
10
                                                   **ORDER RE** *TIAN* **ACTION**
11              Plaintiffs,

12      v.

13   MA LABORATORIES, INC., ABRAHAM
     MA, CHRISTINE RAO, and CHRISTY
14   YEE,

15              Defendants.
     _____/
16

17        Plaintiffs' counsel represents overlapping putative class claims in *Tian, et al. v. Ma*

18   *Laboratories, Inc.*, No. 1-11-cv-195373 (Superior Court of California, County of Santa Clara).

19   The Supreme Court has recognized potential conflict of interests when an attorney represents the

20   same claim against the same defendant in different actions.  *Ortiz v. Fibreboard Corp.*, 527 U.S.

21   815, 856 (1999).  Plaintiffs' counsel should please submit a brief (not to exceed **FIVE PAGES**) by

22   **DECEMBER 30 AT NOON** addressing this issue.  Plaintiffs' brief should also include a procedural

23   history on the *Tian* action.  Defendants' may file a response (not to exceed **FIVE PAGES**) by

24   **DECEMBER 31 AT NOON**.

25

26        **IT IS SO ORDERED.**

27   Dated:   December 26, 2013.

28                                                 _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE