| | |
|---|---|
| 1 | CHRISTINE H. LONG, CA STATE BAR NO. 199676 |
| | SUSAN E. BISHOP, CA STATE BAR NO. 187253 |
| 2 | KARA L. ARGUELLO, CA STATE BAR NO. 221093 |
| | BERLINER COHEN |
| 3 | TEN ALMADEN BOULEVARD |
| | ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233 |
| | TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388 |
| | christine.long@berliner.com |
| 6 | susan.bishop@berliner.com |
| | kara.arguello@berliner.com |

ATTORNEYS FOR DEFENDANTS MA LABORATORIES, INC.,
ABRAHAM MA, CHRISTINE RAO, AND CHRISTY YEE

CRAIG HANSEN, CA STATE BAR NO. 209622
LAW OFFICES OF CRAIG HANSEN
25 METRO DRIVE, SUITE 600
SAN JOSE, CA 95110
TELEPHONE: (408) 573-5727
FACSIMILE: (408) 824-1312

ATTORNEYS FOR DEFENDANT MA LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, CHRISTY YEE,<br><br>Defendants. | CASE NO. C 12 5409 WHA<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' RESPONSE REGARDING *ORTIZ V. FIBREBOARD CORP* PURSUANT TO DECEMBER 26, 2013 ORDER |

Pursuant to Federal Rule of Evidence 201, Defendants request that the Court take judicial notice of the following:

1. The original complaint in *Tian v. Ma Laboratories, Inc.*, Superior Court of California, County of Santa Clara, Case No. 1-11-CV-195373, filed on or about March 1, 2011, a true and correct copy of which is attached hereto as **Exhibit A**;

2. The First Amended Complaint filed in *Tian v. Ma Laboratories, Inc.*, Superior Court of California, County of Santa Clara, Case No. 1-11-CV-195373, filed on or about October 27, 2011, a true and correct copy of which is attached hereto as **Exhibit B**;

3. The Order Granting Plaintiffs' Motion for Leave to File Second Amended Complaint entered on or about July 8, 2013 by Judge Kleinberg in the matter of *Tian v. Ma Laboratories, Inc.*, Superior Court of California, County of Santa Clara, Case No. 1-11-CV-195373, Docket No. 0117-000, a true and correct copy of which is attached hereto as **Exhibit C**;

4. The Second Amended Complaint filed in *Tian v. Ma Laboratories, Inc. et al.,* Superior Court of California, County of Santa Clara, Case No. 1-11-CV-195373, filed on or about July 9, 2013, a true and correct copy of which is attached hereto as **Exhibit D**;

5. The First Amended Complaint filed in the instant matter, *Lou v. Ma Laboratories, Inc. et al.*, Case No. 12-5409-WHA, filed on or about July 11, 2013, a true and correct copy of which is attached hereto as **Exhibit E**; and

6. A summary of the voluminous facts and claims contained in the First Amended Complaint filed in *Lou v. Ma Laboratories, Inc.*, and comparison with those contained in the Second Amended Complaint in *Tian v. Ma Laboratories, Inc., et al.,* which reveals the overlapping claims, a true and correct copy of which is attached hereto as **Exhibit F**.

DATED: DECEMBER 31, 2013         BERLINER COHEN

BY:  /S/ CHRISTINE H. LONG
     CHRISTINE H. LONG
     SUSAN E. BISHOP
     KARA L. ARGUELLO
     ATTORNEYS FOR DEFENDANTS
     MA LABORATORIES, INC., ABRAHAM MA,
     CHRISTINE RAO, AND CHRISTY YEE

4817-6986-9591, v. 1