UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated

Plaintiff(s),

v.

MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE

Defendant(s).

Case No: 3:12-cv-05409 WHA (NC)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David W. Sanford, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Michelle Lou, et al. in the above-entitled action. My local co-counsel in this case is Thomas Marc Litton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1666 Connecticut Avenue NW, Suite 300<br>Washington, DC 20009 | 555 Montgomery Street, Suite 1206<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 499-5201 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 421-4774 |
| MY EMAIL ADDRESS OF RECORD:<br>dsanford@sanfordheisler.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>marc@littonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 457933.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/30/13                                             s/ David W. Sanford
                                                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David W. Sanford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: January 3, 2014.

GRANTED
Judge William Alsup
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER