David Sanford (DC Bar #457933)
dsanford@sanfordheisler.com
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Phone: (202) 499-5201
Fax: (202) 499-5199
(Admitted *Pro Hac Vice*)

Chaya Mandelbaum (CA Bar # 239084)
cmandelbaum@sanfordheisler.com
Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs*
**[Additional Counsel on Signature Page]**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br>Defendants. | No. 3:12-cv-05409-WHA (NC)<br><br>**STIPULATION WITHDRAWING DISCOVERY LETTER REGARDING EMAILS AND EPOPS**<br><br>**Concurrently filed herewith:**<br>(1) [Proposed] Order<br><br>**Judge: Hon. Nathanael Cousins** |

      Plaintiffs Michelle Lou, Marsha Beer, Simon Nim, and Jesuan Ruiz Rodriguez and Defendants Ma Laboratories, Inc., Abraham Ma, Christine Rao and Christy Yee, (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

      WHEREAS, on January 6, 2014, the Parties filed a joint letter regarding their discovery dispute concerning Plaintiffs' requests for email and epop data (Dkt. 418);

      WHEREAS, the Court set the matter for a hearing on January 15, 2014, and subsequently

1  continued the hearing to January 29, 2014;

2  WHEREAS, Judge Alsup issued an order denying class certification, leaving only claims
3  on behalf of four named Plaintiffs;

4  WHEREAS, the Parties desire to reach a compromise on the discovery dispute
5  concerning the data for the four named Plaintiffs;

6  NOW THEREFORE, the Parties, by and through their respective counsel hereby
7  STIPULATE AND AGREE as follows:

8  1.  The joint letter regarding emails and epops is hereby withdrawn without prejudice
9  to refiling.

10 2.  The Parties will work together to resolve the discovery dispute as to the four
11 named Plaintiffs.  If the Parties cannot resolve the matter by February 3, 2014, the parties will file
12 a new joint letter brief.

14 Respectfully submitted,

16 Dated: January 28, 2014

**SANFORD HEISLER, LLP**

By:  /s/ David Sanford
     David Sanford
     (Admitted *pro hac vice*)

Chaya Mandelbaum
Xinying Valerian

Jeremy Heisler (NY Bar # 1653484)
jheisler@sanfordheisler.com
Andrew Melzer (NY Bar # 4270682)
amelzer@sanfordheisler.com
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
(Admitted *Pro Hac Vice*)

Thomas Marc Litton (CA Bar # 119985)
marc@littonlaw.com
**LAW OFFICES OF THOMAS MARC LITTON**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111

Telephone: (415) 421-4774
Facsimile: (415) 421-4784

*Attorneys for Plaintiffs*

Dated: January 28, 2014      **BERLINER COHEN**

By:    /s/ Susan Bishop

Christine H. Long
Thomas Murphy
Susan E. Bishop
Kara Arguello
Vivian Wang

*Attorneys for Defendants Ma Laboratories, Inc., Abraham Ma, Christine Rao, and Christy Yee*

4817-3214-9784v1
SBISHOP\21661001

Case No. 3:12-cv-05409 WHA (N.D. Cal.) - STIPULATION WITHDRAWING DISCOVERY LETTER RE. EMAILS AND EPOPS    3

David Sanford (DC Bar #457933)
dsanford@sanfordheisler.com
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Phone: (202) 499-5201
Fax: (202) 499-5199
(Admitted *Pro Hac Vice*)

Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
Chaya Mandelbaum (CA Bar # 239084)
cmandelbaum@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jeremy Heisler (NY Bar # 1653484)
jheisler@sanfordheisler.com
Andrew Melzer (NY Bar # 4270682)
amelzer@sanfordheisler.com
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
(Admitted *Pro Hac Vice*)

Thomas Marc Litton (CA Bar # 119985)
marc@littonlaw.com
**LAW OFFICES OF THOMAS MARC LITTON**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br>Defendants. | No. 3:12-cv-05409-WHA<br><br>[PROPOSED] **ORDER GRANTING STIPULATION WITHDRAWING DISCOVERY LETTER REGARDING EMAILS AND EPOPS**<br><br>Complaint Filed: October 19, 2012<br>Trial Date: April 21, 2014 |

---

Case No. 3:12-cv-05409 WHA (N.D. Cal.) – [PROPOSED] ORDER GRANTING STIPULATION WITHDRAWING DISCOVERY LETTER REGARDING EMAILS AND EPOPS        1

Pursuant to the Joint Stipulation submitted by Plaintiffs Michelle Lou, Marsha Beer, Simon Nim, and Jesuan Ruiz Rodriguez, and Defendants Ma Laboratories, Inc., Abraham Ma, Christine Rao, and Christy Yee, wherein the Parties stipulate and agree that the joint letter regarding emails and epops shall be withdrawn without prejudice to refiling and that the Parties will work together to resolve the discovery dispute as to the four named plaintiffs:

The stipulation is approved and the discovery hearing scheduled for January 29, 2014 at 1:00 pm is vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __January 28, 2014__     _____
                                HON. NATHANAEL M. COUSINS
                                UNITED STATES MAGISTRATE JUDGE

