IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,<br><br>Defendants. | No. C 12-05409 WHA<br><br><br><br><br><br>**ORDER REGARDING SETTLEMENT** |

On January 23, defendant Christy Yee filed a motion for summary judgment, noticed for February 27. No opposition or reply was timely filed.

On February 5, the parties appeared before Magistrate Judge Jacqueline Corley for a settlement conference. The case settled and the terms of the settlement were placed on the record (Dkt. No. 432). The parties were informed that all deadlines remained in place until the case was dismissed. To date, the parties have yet to file a notice of voluntary dismissal pursuant to FRCP 41(a)(1). Please do so as soon as possible, otherwise the parties are ordered to appear on February 27. All deadlines remain in place and the relevant case management order can be found at docket number 409.

**IT IS SO ORDERED.**

Dated: February 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE