IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,

Defendants.
_____/

No. C 12-05409 WHA

**ORDER REGARDING FEBRUARY 27 HEARING**

On February 4, the parties appeared before Magistrate Judge Jacqueline Corley for a settlement conference. The case settled and the terms of the settlement were placed on the record (Dkt. No. 432). The parties were informed that all deadlines remained in place until the case was dismissed. A February 19 order reminded the parties that they should file a notice of voluntary dismissal in light of their alleged settlement, otherwise they were ordered to appear on February 27, the date noticed for defendant Christy Yee's motion for summary judgment. This order notes that the parties never filed an opposition or reply to Ms. Yee's motion.

Since the parties have failed to follow-up with a notice of voluntary dismissal, the parties are ordered to appear on **FEBRUARY 27 AT 8:00 A.M.** The parties should be prepared to explain why this action should not be dismissed in light of the parties' alleged settlement entered on the record.

**IT IS SO ORDERED.**

Dated: February 24, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE