1  CHRISTINE H. LONG, CA STATE BAR NO. 199676
   SUSAN E. BISHOP, CA STATE BAR NO. 187253
2  KARA L. ARGUELLO, CA STATE BAR NO. 221093
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388
   christine.long@berliner.com
6  susan.bishop@berliner.com
   kara.arguello@berliner.com
7
   ATTORNEYS FOR DEFENDANTS MA LABORATORIES, INC.,
8  ABRAHAM MA, CHRISTINE RAO, AND CHRISTY YEE

9  CRAIG HANSEN, CA STATE BAR NO. 209622
   LAW OFFICES OF CRAIG HANSEN
10 25 METRO DRIVE, SUITE 600
   SAN JOSE, CA 95110
11 TELEPHONE: (408) 573-5727
   FACSIMILE: (408) 824-1312
12
   ATTORNEYS FOR DEFENDANT MA LABORATORIES, INC.
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE LOU, MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, CHRISTY YEE,<br><br>Defendants. | CASE NO.  C 12 5409 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT CHRISTY YEE** |
|---|---|

24  ///
25  ///
26  ///
27  ///
28  ///

1    IT IS HEREBY STIPULATED by and between plaintiffs MICHELLE LOU, MARSHA
2  BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ ("Plaintiffs) and defendant CHRISTY
3  YEE ("Defendant) that the above-captioned action as to CHRISTY YEE only be and hereby is
4  dismissed with prejudice pursuant to FRCP 41(a)(1).

6  DATED: FEBRUARY 26, 2014          BERLINER COHEN

8                                    BY: /s/SUSAN E. BISHOP
                                         CHRISTINE H. LONG
9                                        SUSAN E. BISHOP
                                         KARA L. ARGUELLO
10                                       ATTORNEYS FOR DEFENDANTS
                                         MA LABORATORIES, INC., ABRAHAM MA,
11                                       CHRISTINE RAO, AND CHRISTY YEE

12  DATED: FEBRUARY 26, 2014         SANFORD HEISLER, LLP

13                                   BY: /s/XINYING VALERIAN
14                                       XINYING VALERIAN
                                         ATTORNEYS FOR PLAINTIFFS

17  IT IS SO ORDERED.
18  DATED: February 27, 2014.

20                                   _____
                                     UNITED STATES DISTRICT JUDGE
21                                   WILLIAM H. ALSUP

CASE NO. C 12 5409 WHA                    -2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT CHRISTY YEE