IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MA LABORATORIES, INC., ABRAHAM MA, and CHRISTINE RAO,

Defendants.

No. C 12-05409 WHA

**ORDER REGARDING CASE SCHEDULE**

Contrary to the parties' representations, the parties have not reached a complete settlement. In light of the unreasonable position defendants have taken regarding the FLSA opt-in plaintiffs, the Court will entertain additional briefing regarding whether a motion for reconsideration of the January 8 omnibus order regarding certification is appropriate (Dkt. No. 420). Plaintiff's submission is due by **NOON ON MARCH 14** and the response is due by **NOON ON MARCH 21**. Since the parties have not settled the case, the parties are once again reminded that all deadlines remain in place. The case will proceed to trial on **APRIL 21**, unless a notice of voluntary dismissal is timely filed pursuant to FRCP 41(a). If the parties fail to timely file their pre-trial papers, this action will be dismissed for lack of prosecution. This order notes that the parties filed a stipulation dismissing defendant Christy Yee pursuant to FRCP 41(a) on February 26. Ms. Yee's motion for summary judgment is thus **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: February 27, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE