IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, and CHRISTINE RAO,<br><br>Defendants. | No. C 12-05409 WHA<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME ON PLAINTIFFS' MOTION AND SETTING HEARING FOR MARCH 14 AT 9:00 A.M.** |

On March 12, plaintiffs moved for an order shortening time for the filing of a "motion for order temporarily enjoining enforcement of a non-final settlement agreement" (Dkt. No. 446). Plaintiffs' motion for an order to shorten time is **GRANTED**. Plaintiffs' "motion for order temporarily enjoining enforcement of a non-final settlement agreement" is deemed filed. Defendants' response is due by **NOON ON MARCH 13**.

Counsel for both sides shall appear for a hearing at **9:00 A.M. ON FRIDAY MARCH 14**. Plaintiffs' counsel is instructed to communicate with each of the individuals who have filed consent to join forms and ascertain whether he or she wishes to continue prosecuting this action against defendants. Plaintiffs' counsel should be prepared to state each individual's answer at the hearing. All counsel are reminded that the trial date is **APRIL 21, 2014**.

This order notes that Attorney Christine H. Long has previously indicated that she is "unavailable" from March 13 to March 25. There are eight counsel of record for defendants listed on the docket and a number of attorneys at Berliner Cohen.

**IT IS SO ORDERED.**

Dated: March 12, 2014.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2