1 CHRISTINE H. LONG, CA STATE BAR NO. 199676
SUSAN E. BISHOP, CA STATE BAR NO. 187253
2 KARA L. ARGUELLO, CA STATE BAR NO. 221093
BERLINER COHEN
3 TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
4 SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
5 FACSIMILE: (408) 998-5388
christine.long@berliner.com
6 susan.bishop@berliner.com
kara.arguello@berliner.com
7
ATTORNEYS FOR DEFENDANTS MA LABORATORIES, INC.,
8 ABRAHAM MA, CHRISTINE RAO, AND CHRISTY YEE

9 CRAIG HANSEN, CA STATE BAR NO. 209622
LAW OFFICES OF CRAIG HANSEN
10 25 METRO DRIVE, SUITE 600
SAN JOSE, CA 95110
11 TELEPHONE: (408) 573-5727
FACSIMILE: (408) 824-1312
12
ATTORNEYS FOR DEFENDANT MA LABORATORIES, INC.
13
UNITED STATES DISTRICT COURT
14
NORTHERN DISTRICT OF CALIFORNIA
15

16
| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, CHRISTY YEE, <br><br> Defendants. | CASE NO. C 12 5409 WHA <br><br> [~~PROPOSED~~] ORDER RELEASING TRANSCRIPT OF SETTLEMENT STIPULATION TO COUNSEL FOR PARTIES |

25         On or about March 12, 2014, Defendants in the above-captioned matter requested a transcript

26 or a copy of the audio recording of the stipulation regarding settlement that the parties reached at the

27 settlement conference held before Magistrate Justice Jacqueline Scott Corley on February 4, 2014.

28

CASE NO. C 12 5409 WHA

-1-

—[~~PROPOSED~~] ORDER

1   As that recording is sealed, a Court order is necessary to release the recording to counsel for the

2   parties.

3          Given that the parties are attending another settlement conference before Judge Corley on

4   March 25, 2014, and that Judge Alsup has requested expedited briefing on the enforceability of the

5   settlement by March 13, 2014 for a hearing on March 14, 2014, good cause exists to release a

6   transcript or audio recording of the settlement stipulation reached on February 4, 2014 to counsel for

7   the parties.

8          Therefore, IT IS HEREBY ORDERED THAT the transcript or an audio recording of the

9   stipulation regarding settlement put on the record on February 4, 2014 before Judge Corley be

10  released to the attorneys for the parties of the above-captioned action.

11         IT IS SO ORDERED.

12  DATED: March 13, 2014

13

14                                              _____
                                                UNITED STATES DISTRICT JUDGE
15                                              JACQUELINE SCOTT CORLEY

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.  C 12 5409 WHA

-2-

[PROPOSED] ORDER