<div style="writing-mode: vertical-rl">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,

    Defendants.

      /

No. C 12-05409 WHA

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 452)**

On March 13, defendants filed an administrative motion to seal (Dkt. No. 452). No narrowly-tailored redactions were proposed. *See* Local Rule 79-5. The same day, plaintiffs filed an opposition to defendants' overbroad sealing motion. Defendants' sealing motion is largely unjustified. Accordingly, this order rules as follows:

- The request to seal the entirety of the Declaration of Xinying Valerian in Support of Plaintiffs' Application to Shorten Time (Dkt. 446-1) is **DENIED**.

- The request to seal the entirety of the hearing transcript, dated February 27, 2014, before the undersigned judge is **DENIED**. That is, Exhibit A to the Declaration of Xinying Valerian in Support of Plaintiffs' Application to Shorten Time (Dkt. 446-2) may remain publicly available and the exhibit appended to the Declaration of Christine H. Long in Support of Defendants' Opposition to Plaintiffs' Motion for Order Temporarily Enjoining Enforcement of Non-Final Settlement Agreement (Dkt. No. 452-4) shall be filed publicly. No good cause has been shown to seal the hearing transcript.

- The request to seal the entirety of the Declaration of Xinying Valerian in Support of Plaintiffs' Motion for Order Temporarily Enjoining Enforcement of Non-Final Settlement Agreement (Dkt. 446-5) is **DENIED**. To be clear, defendants' argument that plaintiffs' mere reference to "settlement checks" (with no reference to the amount(s)) is a "willful violation of the confidentiality aspect of the settlement stipulation" is unreasonable. There is no good cause to shield from the public the *fact* that defendants sent certain plaintiffs settlement checks.
- The request to seal the entirety of the Declaration of Christine H. Long In Support of Defendants' Opposition to Plaintiffs' Motion for Order Temporarily Enjoining Enforcement of Non-Final Settlement Agreement is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE