IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM, and JESUAN RUIZ RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, CHRISTINE RAO, and CHRISTY YEE,<br><br>Defendants. / | No. C 12-05409 WHA<br><br><br><br>**ORDER PERMITTING RESPONSE TO PLAINTIFFS' MOTION TO RECONSIDER THE JANUARY 8 ORDER** |

On February 27, the parties appeared for a status conference. In light of the unreasonable position defendants took regarding the six FLSA opt-in plaintiffs, the Court permitted plaintiffs to file a motion for reconsideration of the January 8 omnibus order regarding certification. After the parties appeared for an oral argument on plaintiffs' motion regarding the alleged settlement with the four named plaintiffs and the status of the six opt-in plaintiffs, plaintiffs filed a motion for reconsideration (Dkt. Nos. 441, 457, 462). Our local rules state that "no response need be filed." Local Rule 7-9(d). Nevertheless, defendants are permitted to file a response (**NOT TO EXCEED TEN PAGES IN** *TOTAL*) by **NOON ON MARCH 24**.

Both sides should continue their trial preparation for the plaintiffs set for trial. The six opt-in plaintiffs have alleged FLSA claims and the four named plaintiffs have alleged FLSA and state-law claims.

**IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE