# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE LOU, and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MA LABORATORIES, INC., and others,<br><br>　　　　Defendants. | Case No. 12-cv-05409 WHA (NC)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 222 |

　　Plaintiffs moved to compel defendants to produce e-discovery in a usable format, or in the alternative requested monetary sanctions. Dkt. No. 222. The Court ordered the production to be in an easily usable Excel format, but took the sanctions motion under submission pending the defendants' completion of the production at issue. Dkt. No. 224.

　　"District Courts have broad discretion in imposing discovery sanctions. *Ritchie v. United States*, 451 F.3d 1019, 1026 (9th Cir. 2006). Federal Rule of Civil Procedure 37(b)(2) states that if a party "fails to obey an order to provide or permit discovery" a court "may issue further just orders," including awarding monetary sanctions. Fed. R. Civ. P. 37(b)(2).

1     The Court denies plaintiffs' motion for sanctions for lack of good cause and a failure
2 to meet and confer prior to moving for sanctions. The parties were eventually able to agree
3 on the proper format of documents and defendants completed the production as required.
4 Given that compliance and the overall behavior of both parties during the lengthy discovery
5 process, sanctions are not warranted. Plaintiffs' motion is therefore denied.

6     Any party may object to this order within 14 days. Fed. R. Civ. P. 72(a).

8     IT IS SO ORDERED.

9     Date: March 25, 2014                            _____
                                                                   Nathanael M. Cousins
                                                                   United States Magistrate Judge