David Sanford (DC Bar #457933)
dsanford@sanfordheisler.com
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Phone: (202) 499-5201
Fax: (202) 499-5199
(Admitted *Pro Hac Vice*)

Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br>Defendants. | No. 3:12-cv-05409-WHA (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ** |

///

///

///

///

///

///

///

4841-9449-6281v1
KARGUELLO\21661001

Case No. 3:12-cv-05409 WHA (N.D. Cal.) - STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ                                                       1

1    IT IS HEREBY STIPULATED by and between Plaintiffs Marsha Beer, Simon Nim, and
2  Jesuan Ruiz Rodriguez and Defendants Ma Laboratories, Inc., Abraham Ma, and Christine Rao
3  that the claims in this action of Plaintiffs Beer, Nim and Rodriguez are hereby dismissed with
4  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and with each side to bear its own
5  fees and costs.  This Stipulation does not affect the legal claims of former putative class members
6  who had filed notices of consents to join the proposed FLSA collective action as opt-in plaintiffs.

Dated: March 25, 2014                                    **SANFORD HEISLER, LLP**

By:                                                                  /s/ David Sanford
                                                                          DAVID SANFORD
                                                                          (Admitted *pro hac vice*)

                                                                          *Attorneys for Plaintiffs*

Dated: March 21, 2014                                    **BERLINER COHEN**

By:                                                                  /s/ Kara L. Arguello
                                                                          CHRISTINE H. LONG
                                                                          SUSAN E. BISHOP
                                                                          KARA ARGUELLO

                                                                          *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: April 2, 2014.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE
                                                                          WILLIAM H. ALSUP

4841-9449-6281v1
KARGUELLO\21661001

Case No. 3:12-cv-05409 WHA (N.D. Cal.) - STIPULATION AND [PROPOSED] ORDER DISMISSING
PLAINTIFFS MARSHA BEER, SIMON NIM, AND JESUAN RUIZ RODRIGUEZ                    2