David Sanford (DC Bar #457933)
dsanford@sanfordheisler.com
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Phone: (202) 499-5201
Fax: (202) 499-5199
(Admitted *Pro Hac Vice*)

Xinying Valerian (CA Bar # 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOU, MARSHA BEER, SIMON NIM AND JESUAN RUIZ RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>MA LABORATORIES, INC., ABRAHAM MA, also known as CHIH KENG MA, and CHRISTINE RAO, also known as RUITING C. RAO, and CHRISTY YEE,<br>      Defendants. | No. 3:12-cv-05409-WHA (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF MICHELLE LOU** |

///

///

///

///

///

///

///

---

4841-9449-6281v1
KARGUELLO\21661001

Case No. 3:12-cv-05409 WHA (N.D. Cal.) - STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF MICHELLE LOU

1

1    IT IS HEREBY STIPULATED by and between Plaintiff Michelle Lou and Defendants Ma Laboratories, Inc., Abraham Ma, and Christine Rao that the claims in this action of Plaintiff Lou are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and with each side to bear its own fees and costs.  This Stipulation does not affect the legal claims of former putative class members who had filed notices of consents to join the proposed FLSA collective action as opt-in plaintiffs.

Dated: March 26, 2014

By:

SANFORD HEISLER, LLP

/s/ David Sanford
DAVID SANFORD
(Admitted *pro hac vice*)

*Attorneys for Plaintiffs*

Dated: March 21, 2014

By:

BERLINER COHEN

/s/ Kara L. Arguello
CHRISTINE H. LONG
SUSAN E. BISHOP
KARA ARGUELLO

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: April 2, 2014.

UNITED STATES DISTRICT JUDGE
WILLIAM H. ALSUP