1

DAVID SANFORD (DC BAR #457933)
DSANFORD@SANFORDHEISLER.COM
**SANFORD HEISLER, LLP**
1666 CONNECTICUT AVENUE NW, SUITE 300
WASHINGTON, DC 20009
PHONE: (202) 499-5201
FAX: (202) 499-5199
(ADMITTED PRO HAC VICE)

2

3

4

5

XINYING VALERIAN (CA BAR # 254890)
XVALERIAN@SANFORDHEISLER.COM
**SANFORD HEISLER, LLP**
555 MONTGOMERY STREET, SUITE 1206
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 795-2020
FACSIMILE: (415) 795-2021

6

7

8

9

ATTORNEYS FOR PLAINTIFFS

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14 | MICHELLE LOU,  MARSHA BEER, SIMON
NIM AND JESUAN RUIZ RODRIGUEZ,
Individually and On Behalf of All Others
Similarly Situated

15

CASE NO.  3:12-cv-05409-WHA (NC)

STIPULATION AND [PROPOSED] ORDER
DISMISSING OPT-IN PLAINTIFFS
SSUCHIA CHEN, BERTHA DE LA
MADRID NICKEL, XUEOU FENG, ROGER
SERMONE, EMI SHIGEMITSU AND CHIA
CHI YI

16

Plaintiffs,

17

v.

18

MA LABORATORIES, INC., ABRAHAM
MA, also known as CHIH KENG MA, and
CHRISTINE RAO, also known as RUITING
C. RAO, and CHRISTY YEE,

19

20

21

Defendants.

22

///

23

///

24

///

25

///

26

///

27

///

28

///

4813-1269-7369v3
SBISHOP\21661001

1    IT IS HEREBY STIPULATED by and between Opt-In Plaintiffs SsuChia Chen, Bertha

2    De La Madrid Nickel, Xueou Feng, Roger Sermone, Emi Shigemitsu and Chia Chi Yi ("Opt-In

3    Plaintiffs") and Defendants Ma Laboratories, Inc., Abraham Ma, and Christine Rao that the

4    claims of the Opt-in Plaintiffs in this action be hereby dismissed with prejudice pursuant to

5    Federal Rule of Civil Procedure 41(a)(1), and with each side to bear its own fees and costs.

6

7    DATED:  APRIL 1, 2014                    SANFORD HEISLER, LLP

8
                                              BY:  /s/ David Sanford
9                                                  DAVID SANFORD
                                                   (ADMITTED PRO HAC VICE)
10                                                 ATTORNEYS FOR PLAINTIFFS

11   DATED:  MARCH 31, 2014                   BERLINER COHEN

12

13                                            BY:  /s/ Susan E. Bishop
                                                   CHRISTINE H. LONG
14                                                 SUSAN E. BISHOP
                                                   KARA ARGUELLO
15                                                 ATTORNEYS FOR DEFENDANTS

16

17   **IT IS SO ORDERED.**

18

19   DATED:  April 2, 2014.
                                              _____
20                                            UNITED STATES DISTRICT JUDGE
                                              WILLIAM H. ALSUP

21

22

23

24

25

26

27

28

4813-1269-7369v3
SBISHOP\21661001